# EXHIBIT 1

**Harris County Criminal District Docket Sheet**

| THE STATE OF TEXAS VS. SIM, ERIC | | Bond: $250,000 |
|---|---|---|
| **Cause No.:** 185799601010-3  **Court:** 488th | | **Set:** 03/04/2024 |
| **Offense:** SEXUAL ASSAULT | **Level:** 2nd Degree Felony | **Next Setting:** |
| **Charging Instrument:** Felony Indictment | | **Case Disposition:** Dismissed |
| | | **Case Status:** Dismissed |
| **GENERAL ORDERS OF THE COURT** | | **Defendant Status:** Disposed |

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |
| 2/26/2024 | |
| 3/1/2024 | |
| 3/1/2024 | Felony Complaint Filed<br>OFFENSE: SEXUAL ASSAULT          2nd Degree Felony<br>Bond Amount: $0 |
| 3/1/2024 | PROBABLE CAUSE FOUND, STATUTORY WARNINGS GIVEN TO DEFENDANT |
| 3/1/2024 | Individual Assessment Held |
| 3/1/2024 | COMMITMENT ISSUED–FELONY<br>BOND AMOUNT: $500,000 |
| 3/1/2024 | MOTION FILED: ST MO BND CONDS. |
| 3/1/2024 | MOTION FILED: ST MO SUFF  BAIL |
| 3/1/2024 | MOTION FILED: MOEP |
| 3/1/2024 | ORDER: FINANCIAL AFFIDAVIT FILED |
| 3/1/2024 | ORDER: GRTD SET BAIL $500000 H/O CC |
| 3/1/2024 | ORDER: EMERGENCY PROTECTION ORDER GRANTED |
| 3/1/2024 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 3/1/2024 | ORDER: DO NOT REL DEF UNTIL GPS INSTALLED |
| 3/1/2024 | PRELIMINARY ASSIGNED COURT APPEARANCE SETTING: 3/4/2024 9:00 AM |
| 3/1/2024 | PC FOUND AND WARNINGS GIVEN, 3/28/2024 09:00 AM Arraignment |
| 3/4/2024 | Bond Lowered to $250,000<br>NOTES : JUDGE LOWERED BOND $250,000 |
| 3/4/2024 | Defendant SIM, ERIC appeared with counsel DAVIS, NEAL ANDREW |
| 3/4/2024 | BOND LOWERED TO $250,000<br>NOTES : JUDGE LOWERED BOND $250,000 |
| 3/4/2024 | BOND APPROVED AMOUNT $250,000<br>TYPE: SURETY TIME: 13:4<br>BONDSMAN: FCIC-BURNS, SHAUN |
| 3/4/2024 | JUDGE ORALLY GRANTS THE DEFENDANT TO SURRENDER HIS PASSPORT AS PART OF HIS BOND CONDITIONS. |
| 3/4/2024 | MOTION FILED: MT SUFF BAIL |
| 3/4/2024 | MOTION FILED: MTN TO WITHDRAW |

3/4/2026 4:23:23 PM

**Harris County Criminal District Docket Sheet**

| Date | Entry |
|---|---|
| 3/4/2024 | MOTION FILED: MTN FOR SUFF BAIL |
| 3/4/2024 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 3/4/2024 | ORDER: GRANTED BAIL ORDER |
| 3/4/2024 | ORDER: GPS REQUIRED PRIOR TO RELEASE ON BOND |
| 3/4/2024 | ORDER: GRNTD MTN TO WITHDRAW |
| 3/4/2024 | Continued 3/01/2024 07:00 PM Probable Cause Hearing |
| 3/5/2024 | BOND FILED AMOUNT $250,000<br>TYPE: SURETY TIME: 04:1<br>BONDSMAN: FCIC-BURNS, SHAUN |
| 3/28/2024 | |
| 3/28/2024 | Defendant SIM, ERIC appeared with counsel DAVIS, NEAL ANDREW. |
| 3/28/2024 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 3/28/2024 | Continued 4/29/2024 09:00 AM Arraignment |
| 4/29/2024 | |
| 4/29/2024 | |
| 4/29/2024 | Defendant SIM, ERIC appeared with counsel DAVIS, NEAL ANDREW. |
| 6/4/2024 | |
| 6/4/2024 | |
| 6/4/2024 | Defendant SIM, ERIC appeared with counsel DAVIS, NEAL ANDREW. |
| 6/4/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 6/25/2024 | |
| 6/25/2024 | |
| 6/25/2024 | GRAND JURY ACTION: Felony Indictment GJ COURT: 185<br>OFFENSE: SEXUAL ASSAULT          2nd Degree Felony<br>BOND AMOUNT: $250,000 |
| 6/25/2024 | Defendant SIM, ERIC appeared with counsel DAVIS, NEAL ANDREW. |
| 7/23/2024 | |
| 7/23/2024 | |
| 7/23/2024 | Defendant SIM, ERIC appeared with counsel STRADLEY, WILLIAM M.. |
| 8/29/2024 | |
| 8/29/2024 | |
| 8/29/2024 | Defendant SIM, ERIC appeared with counsel STRADLEY, WILLIAM M.. |
| 8/30/2024 | MOTION FILED: DEF MT AMND BND COND |
| 9/4/2024 | ADA OSWALD AGREED WITH DEFENSE TO REMOVE THE DEFENDANT'S ANKLE MONITOR. |

Unofficial Copy Office of Marilyn Burgess District Clerk

**3/4/2026 4:23:23 PM**

**Harris County Criminal District Docket Sheet**

| Date | Entry |
|---|---|
| 9/4/2024 | ORDER: GRNTD DEF MTN TO AMEND COND OF BOND |
| 9/5/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 10/10/2024 | |
| 10/10/2024 | |
| 10/10/2024 | Defendant SIM, ERIC appeared with counsel STRADLEY, WILLIAM M.. |
| 10/18/2024 | |
| 10/18/2024 | |
| 10/18/2024 | Defendant SIM, ERIC appeared with counsel STRADLEY, WILLIAM M.. |
| 10/24/2024 | ORDER: GRNTD REQUEST TO TRAVEL WHILE ON BOND |
| 11/12/2024 | |
| 11/21/2024 | STATE IS UNOPPOSED TO THE DEFENSE'S REQUEST TO TRAVEL WHILE ON BOND. |
| 11/21/2024 | ORDER: GRNTD REQ TO TRAVEL WHILE ON BOND |
| 12/11/2024 | |
| 12/12/2024 | |
| 1/17/2025 | |
| 1/21/2025 | |
| 1/23/2025 | |
| 1/23/2025 | |
| 1/23/2025 | Defendant SIM, ERIC appeared with counsel STRADLEY, WILLIAM M.. |
| 1/23/2025 | MOTION FILED: MT DISC EXPERTS |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/24/2025 | MOTION FILED: DEF MTN TO EXCL EVID |
| 1/24/2025 | MOTION FILED: DEF MTN IN LIMINE |
| 1/24/2025 | MOTION FILED: DEF MTN FR HEAR SUPP |
| 2/25/2025 | Defendant SIM, ERIC did not appear |
| 2/25/2025 | CASE DISMISSED |
| 2/26/2025 | |
| 2/27/2025 | |
| 2/27/2025 | |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 3/10/2025 | MOTION FILED: MTN TO RET PASSPORT |
| 3/11/2025 | MOTION FILED: MTN TO RET PROPERTY |
| 4/11/2025 | ORDER: GRNTD AGREED ORD TO RET SPEC PROPERTY |
| 4/11/2025 | ORDER: GRNTD MTN TO RETURN PASSPORT |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| THE STATE OF TEXAS VS. SIM, ERIC YOONJO | |
|---|---|
| **Cause No.:** 186145001010-3  **Court:** 488th | **Bond:** $30,000 |
| **Offense:** SEXUAL ASSAULT          **Level:** 2nd Degree Felony | **Set:** 03/28/2024 |
| | **Next Setting:** |
| **Charging Instrument:** Felony Indictment | **Case Disposition:** Dismissed |
| | **Case Status:** Dismissed |
| **GENERAL ORDERS OF THE COURT** | **Defendant Status:** Disposed |

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |
| 3/27/2024 | Felony Complaint Filed<br>OFFENSE: SEXUAL ASSAULT          2nd Degree Felony<br>Bond Amount: $0 |
| 3/27/2024 | WARRANT ISSUED<br>BOND AMOUNT: $0 |
| 3/27/2024 | MOTION FILED: S/M BND CND |
| 3/27/2024 | MOTION FILED: S/M SUFF BAIL |
| 3/27/2024 | MOTION FILED: STATES MOEP |
| 3/27/2024 | |
| 3/27/2024 | PRELIMINARY ASSIGNED COURT APPEARANCE SETTING: 3/28/2024 9:00 AM |
| 3/28/2024 | Bond Set to $30,000<br>NOTES : JGE SET BND $30,000 |
| 3/28/2024 | Continued 4/29/2024 09:00 AM Arraignment |
| 3/28/2024 | |
| 3/28/2024 | Defendant SIM, ERIC YOONJO appeared without counsel |
| 3/28/2024 | Defendant SIM, ERIC YOONJO appeared without counsel |
| 3/28/2024 | STATUTORY WARNINGS GIVEN TO DEFENDANT |
| 3/28/2024 | BOND SET AT $30,000<br>NOTES : JGE SET BND $30,000 |
| 3/28/2024 | PROBABLE CAUSE FOUND |
| 3/28/2024 | BOND APPROVED AMOUNT $30,000<br>TYPE: SURETY TIME: 15:1<br>BONDSMAN: BURNS_PENA, SHANNON |
| 3/28/2024 | ORDER: BAIL ORDER |
| 3/28/2024 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 3/28/2024 | Continued 3/28/2024 09:00 AM Preliminary Assigned Court Appearance |
| 3/29/2024 | BOND FILED AMOUNT $30,000<br>TYPE: SURETY TIME: 00:1<br>BONDSMAN: BURNS_PENA, SHANNON |
| 4/29/2024 | |
| 4/29/2024 | |
| 4/29/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW |

**Page 1 of 3**

3/4/2026 4:23:36 PM

**Harris County Criminal District Docket Sheet**

| Date | Entry |
|---|---|
| 6/4/2024 | |
| 6/4/2024 | |
| 6/4/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW. |
| 6/4/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 6/25/2024 | |
| 6/25/2024 | |
| 6/25/2024 | GRAND JURY ACTION: Felony Indictment GJ COURT: 185<br>OFFENSE: SEXUAL ASSAULT          2nd Degree Felony<br>BOND AMOUNT: $30,000 |
| 6/25/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW. |
| 7/23/2024 | |
| 7/23/2024 | |
| 7/23/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 8/29/2024 | |
| 8/29/2024 | |
| 8/29/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 8/30/2024 | MOTION FILED: DEF MT AMND BND COND |
| 9/4/2024 | ADA OSWALD AGREED WITH DEFENSE TO REMOVE THE DEFENDANT'S ANKLE MONITOR. |
| 9/4/2024 | ORDER: GRNTD DEF MTN TO AMEND COND OF BOND |
| 9/5/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 10/10/2024 | |
| 10/10/2024 | |
| 10/10/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 10/18/2024 | |
| 10/18/2024 | |
| 10/18/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 10/24/2024 | ORDER: GRNTD REQUEST TO TRAVEL WHILE ON BOND |
| 11/12/2024 | |
| 11/21/2024 | STATE IS UNOPPOSED TO THE DEFENSE'S REQUEST TO TRAVEL WHILE ON BOND. |
| 11/21/2024 | ORDER: GRNTD REQ TO TRAVEL WHILE ON BOND |
| 12/11/2024 | |
| 12/12/2024 | |
| 1/17/2025 | |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 1/21/2025 | |
| 1/23/2025 | |
| 1/23/2025 | |
| 1/23/2025 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 1/23/2025 | MOTION FILED: MT DISC EXPERTS |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/24/2025 | MOTION FILED: DEF MTN TO EXCL EVID |
| 1/24/2025 | MOTION FILED: DEF MTN IN LIMINE |
| 1/24/2025 | MOTION FILED: DEF MTN FR HEAR SUPP |
| 2/25/2025 | Defendant SIM, ERIC YOONJO did not appear |
| 2/25/2025 | CASE DISMISSED |
| 2/26/2025 | |
| 2/27/2025 | |
| 3/10/2025 | MOTION FILED: MTN TO RET PASSPORT |
| 3/11/2025 | MOTION FILED: MTN TO RET PROPERTY |
| 4/11/2025 | ORDER: GRNTD AGREED ORD TO RET SPEC PROPERTY |
| 4/11/2025 | ORDER: GRNTD MTN TO RETURN PASSPORT |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| THE STATE OF TEXAS VS. SIM, ERIC YOONJO | | |
|---|---|---|
| **Cause No.:** 186144801010-3   **Court:** 488th | | **Bond:** $30,000 |
| **Offense:** SEXUAL ASSAULT | **Level:** 2nd Degree Felony | **Set:** 03/28/2024 |
| **Charging Instrument:** Felony Indictment | | **Next Setting:** |
| | | **Case Disposition:** Dismissed |
| | | **Case Status:** Dismissed |
| **GENERAL ORDERS OF THE COURT** | | **Defendant Status:** Disposed |

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |
| 3/27/2024 | Felony Complaint Filed<br>OFFENSE: SEXUAL ASSAULT          2nd Degree Felony<br>Bond Amount: $0 |
| 3/27/2024 | PROBABLE CAUSE FOUND |
| 3/27/2024 | WARRANT ISSUED<br>BOND AMOUNT: $0 |
| 3/27/2024 | MOTION FILED: S/M BND CND |
| 3/27/2024 | MOTION FILED: STATES MOEP |
| 3/27/2024 | PRELIMINARY ASSIGNED COURT APPEARANCE SETTING: 3/28/2024 9:00 AM |
| 3/28/2024 | Bond Set to $30,000<br>NOTES : JGE SET BND $30,000 |
| 3/28/2024 | Reset By Operation Of Law 4/29/2024 09:00 AM Arraignment |
| 3/28/2024 | |
| 3/28/2024 | Defendant SIM, ERIC YOONJO appeared without counsel |
| 3/28/2024 | Defendant SIM, ERIC YOONJO appeared without counsel |
| 3/28/2024 | STATUTORY WARNINGS GIVEN TO DEFENDANT |
| 3/28/2024 | BOND SET AT $30,000<br>NOTES : JGE SET BND $30,000 |
| 3/28/2024 | BOND APPROVED AMOUNT $30,000<br>TYPE: SURETY TIME: 14:4<br>BONDSMAN: BURNS_PENA, SHANNON |
| 3/28/2024 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 3/28/2024 | ORDER: BAIL ORDER |
| 3/28/2024 | Continued 3/28/2024 09:00 AM Preliminary Assigned Court Appearance |
| 3/29/2024 | BOND FILED AMOUNT $30,000<br>TYPE: SURETY TIME: 00:1<br>BONDSMAN: BURNS_PENA, SHANNON |
| 4/29/2024 | |
| 4/29/2024 | |
| 4/29/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW |
| 6/4/2024 | |
| 6/4/2024 | |

**Page 1 of 3**

3/4/2026 4:23:49 PM

**Harris County Criminal District Docket Sheet**

| Date | Entry |
|---|---|
| 6/4/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW. |
| 6/4/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 6/25/2024 | |
| 6/25/2024 | |
| 6/25/2024 | GRAND JURY ACTION: Felony Indictment GJ COURT: 185<br>OFFENSE: SEXUAL ASSAULT          2nd Degree Felony<br>BOND AMOUNT: $30,000 |
| 6/25/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW. |
| 7/23/2024 | |
| 7/23/2024 | |
| 7/23/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 8/29/2024 | |
| 8/29/2024 | |
| 8/29/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 8/30/2024 | MOTION FILED: DEF MT AMND BND COND |
| 9/4/2024 | ADA OSWALD AGREED WITH DEFENSE TO REMOVE THE DEFENDANT'S ANKLE MONITOR. |
| 9/4/2024 | ORDER: GRNTD DEF MTN TO AMEND COND OF BOND |
| 9/5/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 10/10/2024 | |
| 10/10/2024 | |
| 10/10/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 10/18/2024 | |
| 10/18/2024 | |
| 10/18/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 10/24/2024 | ORDER: GRNTD REQUEST TO TRAVEL WHILE ON BOND |
| 11/12/2024 | |
| 11/21/2024 | STATE IS UNOPPOSED TO THE DEFENSE'S REQUEST TO TRAVEL WHILE ON BOND. |
| 11/21/2024 | ORDER: GRNTD REQ TO TRAVEL WHILE ON BOND |
| 12/11/2024 | |
| 12/12/2024 | |
| 1/17/2025 | |
| 1/21/2025 | |
| 1/23/2025 | |

Unofficial Copy Office of Marilyn Burgess District Clerk

**3/4/2026 4:23:49 PM**

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 1/23/2025 | |
| 1/23/2025 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 1/23/2025 | MOTION FILED: MT DISC EXPERTS |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/24/2025 | MOTION FILED: DEF MTN TO EXCL EVID |
| 1/24/2025 | MOTION FILED: DEF MTN IN LIMINE |
| 1/24/2025 | MOTION FILED: DEF MTN FR HEAR SUPP |
| 2/25/2025 | |
| 2/25/2025 | |
| 2/25/2025 | Defendant SIM, ERIC YOONJO did not appear |
| 2/25/2025 | CASE DISMISSED |
| 2/26/2025 | |
| 2/27/2025 | |
| 3/10/2025 | MOTION FILED: MTN TO RET PASSPORT |
| 3/11/2025 | MOTION FILED: MTN TO RET PROPERTY |
| 4/11/2025 | ORDER: GRNTD AGREED ORD TO RET SPEC PROPERTY |
| 4/11/2025 | ORDER: GRNTD MTN TO RETURN PASSPORT |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| THE STATE OF TEXAS VS. SIM, ERIC YOONJO | |
|---|---|
| **Cause No.:** 186144701010-3  **Court:** 488th | **Bond:** $30,000 |
| **Offense:** SEXUAL ASSAULT                    **Level:** 2nd Degree Felony | **Set:** 03/28/2024 |
| | **Next Setting:** |
| **Charging Instrument:** Felony Indictment | **Case Disposition:**  Dismissed |
| | **Case Status:**  Dismissed |
| | **Defendant Status:** Disposed |
| **GENERAL ORDERS OF THE COURT** | |

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |
| 2/26/2024 | |
| 2/27/2024 | |
| 3/27/2024 | Felony Complaint Filed<br>OFFENSE: SEXUAL ASSAULT          2nd Degree Felony<br>Bond Amount: $0 |
| 3/27/2024 | PROBABLE CAUSE FOUND |
| 3/27/2024 | WARRANT ISSUED<br>BOND AMOUNT: $0 |
| 3/27/2024 | MOTION FILED: S/M BND CND |
| 3/27/2024 | MOTION FILED: S/M SUFF BAIL |
| 3/27/2024 | MOTION FILED: STATES MOEP |
| 3/27/2024 | |
| 3/27/2024 | PRELIMINARY ASSIGNED COURT APPEARANCE SETTING: 3/28/2024 9:00 AM |
| 3/28/2024 | Bond Set to $30,000<br>NOTES : JGE SET BND $30,000 |
| 3/28/2024 | Reset By Operation Of Law 4/29/2024 09:00 AM Arraignment |
| 3/28/2024 | |
| 3/28/2024 | Defendant SIM, ERIC YOONJO appeared without counsel |
| 3/28/2024 | Defendant SIM, ERIC YOONJO appeared without counsel |
| 3/28/2024 | BOND SET AT $30,000<br>NOTES : JGE SET BND $30,000 |
| 3/28/2024 | STATUTORY WARNINGS GIVEN TO DEFENDANT |
| 3/28/2024 | BOND APPROVED AMOUNT $30,000<br>TYPE: SURETY TIME: 14:4<br>BONDSMAN: BURNS_PENA, SHANNON |
| 3/28/2024 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 3/28/2024 | ORDER: BAIL ORDER |
| 3/28/2024 | Continued 3/28/2024 09:00 AM Preliminary Assigned Court Appearance |
| 3/29/2024 | BOND FILED AMOUNT $30,000<br>TYPE: SURETY TIME: 00:1<br>BONDSMAN: BURNS_PENA, SHANNON |
| 4/29/2024 | |

**Page 1 of 3**

3/4/2026 4:24:02 PM

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 4/29/2024 | |
| 4/29/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW |
| 6/4/2024 | |
| 6/4/2024 | |
| 6/4/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW. |
| 6/4/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 6/25/2024 | |
| 6/25/2024 | |
| 6/25/2024 | GRAND JURY ACTION: Felony Indictment GJ COURT: 185 <br> OFFENSE: SEXUAL ASSAULT        2nd Degree Felony <br> BOND AMOUNT: $30,000 |
| 6/25/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW. |
| 7/23/2024 | |
| 7/23/2024 | |
| 7/23/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 8/29/2024 | |
| 8/29/2024 | |
| 8/29/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 8/30/2024 | MOTION FILED: DEF MT AMND BND COND |
| 9/4/2024 | ADA OSWALD AGREED WITH DEFENSE TO REMOVE THE DEFENDANT'S ANKLE MONITOR. |
| 9/4/2024 | ORDER: GRNTD DEF MTN TO AMEND COND OF BOND |
| 9/5/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 10/10/2024 | |
| 10/10/2024 | |
| 10/10/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 10/18/2024 | |
| 10/18/2024 | |
| 10/18/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 10/24/2024 | ORDER: GRNTD REQUEST TO TRAVEL WHILE ON BOND |
| 11/12/2024 | |
| 11/21/2024 | STATE IS UNOPPOSED TO THE DEFENSE'S REQUEST TO TRAVEL WHILE ON BOND. |
| 11/21/2024 | ORDER: GRNTD REQ TO TRAVEL WHILE ON BOND |
| 12/11/2024 | |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| 12/12/2024 | |
|---|---|
| 1/17/2025 | |
| 1/21/2025 | |
| 1/23/2025 | |
| 1/23/2025 | |
| 1/23/2025 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 1/23/2025 | MOTION FILED: MT DISC EXPERTS |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/24/2025 | MOTION FILED: DEF MTN TO EXCL EVID |
| 1/24/2025 | MOTION FILED: DEF MTN IN LIMINE |
| 1/24/2025 | MOTION FILED: DEF MTN FR HEAR SUPP |
| 2/25/2025 | Defendant SIM, ERIC YOONJO did not appear |
| 2/25/2025 | CASE DISMISSED |
| 2/26/2025 | |
| 2/27/2025 | |
| 3/10/2025 | MOTION FILED: MTN TO RET PASSPORT |
| 3/11/2025 | MOTION FILED: MTN TO RET PROPERTY |
| 4/11/2025 | ORDER: GRNTD AGREED ORD TO RET SPEC PROPERTY |
| 4/11/2025 | ORDER: GRNTD MTN TO RETURN PASSPORT |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| **THE STATE OF TEXAS VS. SIM, ERIC YOONJO** | **Bond:** $15,000 |
| **Cause No.:** 187019501010-3  **Court:** 488th | **Set:** 06/03/2024 |
| **Offense:** SEXUAL ASSAULT     **Level:** 2nd Degree Felony | **Next Setting:** |
| **Charging Instrument:** Felony Indictment | **Case Disposition:** Dismissed |
| | **Case Status:** Dismissed |
| **GENERAL ORDERS OF THE COURT** | **Defendant Status:** Disposed |

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |
| 5/30/2024 | Felony Complaint Filed<br>OFFENSE: SEXUAL ASSAULT        2nd Degree Felony<br>Bond Amount: $0 |
| 5/30/2024 | PROBABLE CAUSE FOUND |
| 5/30/2024 | WARRANT ISSUED<br>BOND AMOUNT: $0 |
| 5/30/2024 | MOTION FILED: STATE BND COND |
| 5/30/2024 | MOTION FILED: STATE SUFF BND |
| 5/30/2024 | MOTION FILED: STATE MOEP |
| 5/30/2024 | PRELIMINARY ASSIGNED COURT APPEARANCE SETTING: 5/31/2024 9:00 AM |
| 5/31/2024 | |
| 5/31/2024 | |
| 5/31/2024 | Defendant SIM, ERIC YOONJO did not appear. |
| 5/31/2024 | Defendant SIM, ERIC YOONJO did not appear. |
| 6/3/2024 | Bond Set to $15,000<br>NOTES : AGREED BOND SET AT $15,000 |
| 6/3/2024 | BOND SET AT $15,000<br>NOTES : AGREED BOND SET AT $15,000 |
| 6/3/2024 | BOND APPROVED AMOUNT $15,000<br>TYPE: SURETY TIME: 1341<br>BONDSMAN: BURNS_PENA, SHANNON |
| 6/3/2024 | MOTION FILED: ST JNT MT AGRD BND |
| 6/3/2024 | ORDER: BAIL ORDER |
| 6/3/2024 | ORDER: GRNTD ST JNT MTN FOR AGREED BOND |
| 6/4/2024 | BOND FILED AMOUNT $15,000<br>TYPE: SURETY TIME: 0140<br>BONDSMAN: BURNS_PENA, SHANNON |
| 6/4/2024 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 6/25/2024 | |
| 6/25/2024 | |
| 6/25/2024 | GRAND JURY ACTION: Felony Indictment GJ COURT: 185<br>OFFENSE: SEXUAL ASSAULT        2nd Degree Felony<br>BOND AMOUNT: $15,000 |

**Page 1 of 3**

3/4/2026 4:30:30 PM

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 6/25/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW |
| 7/23/2024 | |
| 7/23/2024 | |
| 7/23/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 8/29/2024 | |
| 8/29/2024 | |
| 8/29/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 8/30/2024 | MOTION FILED: DEF MT AMND BND COND |
| 9/4/2024 | ADA OSWALD AGREED WITH DEFENSE TO REMOVE THE DEFENDANT'S ANKLE MONITOR. |
| 9/4/2024 | ORDER: GRNTD DEF MTN TO AMEND COND OF BOND |
| 9/5/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 10/10/2024 | |
| 10/10/2024 | |
| 10/10/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 10/18/2024 | |
| 10/18/2024 | |
| 10/18/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 11/12/2024 | |
| 11/21/2024 | STATE IS UNOPPOSED TO THE DEFENSE'S REQUEST TO TRAVEL WHILE ON BOND. |
| 12/11/2024 | |
| 12/12/2024 | |
| 1/17/2025 | |
| 1/21/2025 | |
| 1/23/2025 | |
| 1/23/2025 | |
| 1/23/2025 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 1/23/2025 | MOTION FILED: MT DISC EXPERTS |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/24/2025 | MOTION FILED: DEF MTN TO EXCL EVID |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 1/24/2025 | MOTION FILED: DEF MTN IN LIMINE |
| 1/24/2025 | MOTION FILED: DEF MTN FR HEAR SUPP |
| 2/25/2025 | |
| 2/25/2025 | |
| 2/25/2025 | Defendant SIM, ERIC YOONJO did not appear |
| 2/25/2025 | CASE DISMISSED |
| 2/26/2025 | |
| 2/27/2025 | |
| 3/10/2025 | MOTION FILED: MTN TO RET PASSPORT |
| 3/11/2025 | MOTION FILED: MTN TO RET PROPERTY |
| 4/11/2025 | ORDER: GRNTD AGREED ORD TO RET SPEC PROPERTY |
| 4/11/2025 | ORDER: GRNTD MTN TO RETURN PASSPORT |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Page 3 of 3**

**3/4/2026 4:30:30 PM**

**Harris County Criminal District Docket Sheet**

| THE STATE OF TEXAS VS. SIM, ERIC YOONJO | |
|---|---|
| **Cause No.:** 186145101010-3  **Court:** 488th | **Bond:** $30,000 |
| **Offense:** SEXUAL ASSAULT          **Level:** 2nd Degree Felony | **Set:** 03/28/2024 |
| | **Next Setting:** |
| **Charging Instrument:** Felony Indictment | **Case Disposition:**   Dismissed |
| | **Case Status:**   Dismissed |
| **GENERAL ORDERS OF THE COURT** | **Defendant Status:** Disposed |

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |
| 3/27/2024 | Felony Complaint Filed<br>OFFENSE: SEXUAL ASSAULT          2nd Degree Felony<br>Bond Amount: $0 |
| 3/27/2024 | PROBABLE CAUSE FOUND |
| 3/27/2024 | WARRANT ISSUED<br>BOND AMOUNT: $0 |
| 3/27/2024 | MOTION FILED: S/M BND CND |
| 3/27/2024 | MOTION FILED: S/M SUFF BAIL |
| 3/27/2024 | MOTION FILED: STATES MOEP |
| 3/27/2024 | |
| 3/27/2024 | PRELIMINARY ASSIGNED COURT APPEARANCE SETTING: 3/28/2024 9:00 AM |
| 3/28/2024 | Bond Set to $30,000<br>NOTES : JGE SET BND $30,000 |
| 3/28/2024 | Continued 4/29/2024 09:00 AM Arraignment |
| 3/28/2024 | |
| 3/28/2024 | |
| 3/28/2024 | Defendant SIM, ERIC YOONJO appeared without counsel |
| 3/28/2024 | Defendant SIM, ERIC YOONJO appeared without counsel |
| 3/28/2024 | Defendant SIM, ERIC YOONJO appeared without counsel |
| 3/28/2024 | STATUTORY WARNINGS GIVEN TO DEFENDANT |
| 3/28/2024 | BOND SET AT $30,000<br>NOTES : JGE SET BND $30,000 |
| 3/28/2024 | BOND APPROVED AMOUNT $30,000<br>TYPE: SURETY TIME: 14:4<br>BONDSMAN: BURNS_PENA, SHANNON |
| 3/28/2024 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 3/28/2024 | ORDER: BAIL ORDER |
| 3/28/2024 | Continued 3/28/2024 09:00 AM Preliminary Assigned Court Appearance |
| 3/29/2024 | BOND FILED AMOUNT $30,000<br>TYPE: SURETY TIME: 00:1<br>BONDSMAN: BURNS_PENA, SHANNON |
| 4/29/2024 | |

**Page 1 of 3**

3/4/2026 4:30:57 PM

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 4/29/2024 | |
| 4/29/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW |
| 6/4/2024 | |
| 6/4/2024 | |
| 6/4/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW. |
| 6/4/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 6/25/2024 | |
| 6/25/2024 | |
| 6/25/2024 | GRAND JURY ACTION: Felony Indictment GJ COURT: 185<br>OFFENSE: SEXUAL ASSAULT         2nd Degree Felony<br>BOND AMOUNT: $30,000 |
| 6/25/2024 | Defendant SIM, ERIC YOONJO appeared with counsel DAVIS, NEAL ANDREW. |
| 7/23/2024 | |
| 7/23/2024 | |
| 7/23/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 8/29/2024 | |
| 8/29/2024 | |
| 8/29/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 8/30/2024 | MOTION FILED: DEF MT AMND BND COND |
| 9/4/2024 | ADA OSWALD AGREED WITH DEFENSE TO REMOVE THE DEFENDANT'S ANKLE MONITOR. |
| 9/4/2024 | ORDER: GRNTD DEF MTN TO AMEND COND OF BOND |
| 9/5/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 10/10/2024 | |
| 10/10/2024 | |
| 10/10/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 10/18/2024 | |
| 10/18/2024 | |
| 10/18/2024 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 10/24/2024 | ORDER: GRNTD REQUEST TO TRAVEL WHILE ON BOND |
| 11/12/2024 | |
| 11/21/2024 | STATE IS UNOPPOSED TO THE DEFENSE'S REQUEST TO TRAVEL WHILE ON BOND. |
| 11/21/2024 | ORDER: GRNTD REQ TO TRAVEL WHILE ON BOND |
| 12/11/2024 | |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 12/12/2024 | |
| 1/17/2025 | |
| 1/21/2025 | |
| 1/23/2025 | |
| 1/23/2025 | |
| 1/23/2025 | Defendant SIM, ERIC YOONJO appeared with counsel STRADLEY, WILLIAM M.. |
| 1/23/2025 | MOTION FILED: MT DISC EXPERTS |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/24/2025 | MOTION FILED: DEF MTN TO EXCL EVID |
| 1/24/2025 | MOTION FILED: DEF MTN IN LIMINE |
| 1/24/2025 | MOTION FILED: DEF MTN FR HEAR SUPP |
| 2/25/2025 | |
| 2/25/2025 | |
| 2/25/2025 | Defendant SIM, ERIC YOONJO did not appear |
| 2/25/2025 | CASE DISMISSED |
| 2/26/2025 | |
| 2/27/2025 | |
| 3/10/2025 | MOTION FILED: MTN TO RET PASSPORT |
| 3/11/2025 | MOTION FILED: MTN TO RET PROPERTY |
| 4/11/2025 | ORDER: GRNTD AGREED ORD TO RET SPEC PROPERTY |
| 4/11/2025 | ORDER: GRNTD MTN TO RETURN PASSPORT |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| **THE STATE OF TEXAS VS. SIM, ERIC**<br>**Cause No.:** 185799501010-3   **Court:** 488th<br>**Offense:** SEXUAL ASSAULT<br>**Charging Instrument:** Felony Indictment<br><br><br>**GENERAL ORDERS OF THE COURT** | **Level:** 2nd Degree Felony |

| |
|---|
| **Bond:** $250,000 |
| **Set:** 03/04/2024 |
| **Next Setting:** |
| **Case Disposition:** Dismissed |
| **Case Status:** Dismissed |
| **Defendant Status:** Disposed |

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |
| 3/1/2024 | |
| 3/1/2024 | Felony Complaint Filed<br>OFFENSE: SEXUAL ASSAULT          2nd Degree Felony<br>Bond Amount: $0 |
| 3/1/2024 | Individual Assessment Held |
| 3/1/2024 | PROBABLE CAUSE FOUND, STATUTORY WARNINGS GIVEN TO DEFENDANT |
| 3/1/2024 | COMMITMENT ISSUED–FELONY<br>BOND AMOUNT: $500,000 |
| 3/1/2024 | MOTION FILED: ST MO BND CONDS. |
| 3/1/2024 | MOTION FILED: ST MO SUFF  BAIL |
| 3/1/2024 | MOTION FILED: MOEP |
| 3/1/2024 | ORDER: EMERGENCY PROTECTION ORDER GRANTED |
| 3/1/2024 | ORDER: FINANCIAL AFFIDAVIT FILED |
| 3/1/2024 | ORDER: GRTD SET BAIL $500000 H/O CC |
| 3/1/2024 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 3/1/2024 | PRELIMINARY ASSIGNED COURT APPEARANCE SETTING: 3/4/2024 9:00 AM |
| 3/1/2024 | PC FOUND AND WARNINGS GIVEN, 3/28/2024 09:00 AM Arraignment |
| 3/4/2024 | Bond Lowered to $250,000<br>NOTES : JUDGE LOWERED BOND $250,000 |
| 3/4/2024 | Defendant SIM, ERIC appeared with counsel COSELLI, PAUL J.. |
| 3/4/2024 | BOND LOWERED TO $250,000<br>NOTES : JUDGE LOWERED BOND $250,000 |
| 3/4/2024 | BOND APPROVED AMOUNT $250,000<br>TYPE: SURETY TIME: 13:5<br>BONDSMAN: FCIC-BURNS, SHAUN |
| 3/4/2024 | JUDGE ORALLY GRANTS THE DEFENDANT TO SURRENDER HIS PASSPORT AS PART OF HIS BOND CONDITIONS. |
| 3/4/2024 | MOTION FILED: MT SUFF BAIL |
| 3/4/2024 | MOTION FILED: MTN TO WITHDRAW |
| 3/4/2024 | MOTION FILED: MTN FOR SUFF BAIL |
| 3/4/2024 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |

**Page 1 of 4**

3/4/2026 4:22:38 PM

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 3/4/2024 | ORDER: GRANTED BAIL ORDER |
| 3/4/2024 | ORDER: GPS REQUIRED PRIOR TO RELEASE ON BOND |
| 3/4/2024 | ORDER: GRNTD MTN TO WITHDRAW |
| 3/4/2024 | Continued 3/01/2024 07:00 PM Probable Cause Hearing |
| 3/5/2024 | BOND FILED AMOUNT $250,000<br>TYPE: SURETY TIME: 04:1<br>BONDSMAN: FCIC-BURNS, SHAUN |
| 3/28/2024 | |
| 3/28/2024 | Defendant SIM, ERIC appeared with counsel DAVIS, NEAL ANDREW. |
| 3/28/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 3/28/2024 | Continued 4/29/2024 09:00 AM Arraignment |
| 4/29/2024 | |
| 4/29/2024 | |
| 4/29/2024 | Defendant SIM, ERIC appeared with counsel DAVIS, NEAL ANDREW. |
| 6/4/2024 | |
| 6/4/2024 | |
| 6/4/2024 | Defendant SIM, ERIC appeared with counsel DAVIS, NEAL ANDREW. |
| 6/4/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 6/25/2024 | |
| 6/25/2024 | |
| 6/25/2024 | GRAND JURY ACTION: Felony Indictment GJ COURT: 185<br>OFFENSE: SEXUAL ASSAULT          2nd Degree Felony<br>BOND AMOUNT: $250,000 |
| 6/25/2024 | Defendant SIM, ERIC appeared with counsel DAVIS, NEAL ANDREW. |
| 7/23/2024 | |
| 7/23/2024 | |
| 7/23/2024 | Defendant SIM, ERIC appeared with counsel STRADLEY, WILLIAM M.. |
| 7/29/2024 | |
| 8/29/2024 | |
| 8/29/2024 | |
| 8/29/2024 | Defendant SIM, ERIC appeared with counsel STRADLEY, WILLIAM M.. |
| 8/30/2024 | MOTION FILED: DEF MT AMND BND COND |
| 9/4/2024 | ADA OSWALD AGREED WITH DEFENSE TO REMOVE THE DEFENDANT'S ANKLE MONITOR. |
| 9/4/2024 | ORDER: GRNTD DEF MTN TO AMEND COND OF BOND |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 9/5/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 10/10/2024 | |
| 10/10/2024 | |
| 10/10/2024 | Defendant SIM, ERIC appeared with counsel STRADLEY, WILLIAM M.. |
| 10/18/2024 | |
| 10/18/2024 | |
| 10/18/2024 | Defendant SIM, ERIC appeared with counsel STRADLEY, WILLIAM M.. |
| 10/24/2024 | ORDER: GRNTD REQUEST TO TRAVEL WHILE ON BOND |
| 11/12/2024 | |
| 11/21/2024 | STATE IS UNOPPOSED TO THE DEFENSE'S REQUEST TO TRAVEL WHILE ON BOND. |
| 11/21/2024 | ORDER: GRNTD REQ TO TRAVEL WHILE ON BOND |
| 12/11/2024 | |
| 12/12/2024 | |
| 1/17/2025 | |
| 1/21/2025 | |
| 1/23/2025 | |
| 1/23/2025 | |
| 1/23/2025 | Defendant SIM, ERIC appeared with counsel STRADLEY, WILLIAM M.. |
| 1/23/2025 | MOTION FILED: MT DISC EXPERTS |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/23/2025 | MOTION FILED: ST MTN TO DISCL EXP |
| 1/24/2025 | MOTION FILED: DEF MTN TO EXCL EVID |
| 1/24/2025 | MOTION FILED: DEF MTN IN LIMINE |
| 1/24/2025 | MOTION FILED: DEF MTN FR HEAR SUPP |
| 2/25/2025 | |
| 2/25/2025 | |
| 2/25/2025 | Defendant SIM, ERIC did not appear |
| 2/25/2025 | CASE DISMISSED |
| 2/26/2025 | |
| 2/27/2025 | |

Unofficial Copy Office of Marilyn Burgess District Clerk

**Harris County Criminal District Docket Sheet**

| | |
|---|---|
| 2/27/2025 | |
| 3/10/2025 | MOTION FILED: MTN TO RET PASSPORT |
| 3/11/2025 | MOTION FILED: MTN TO RET PROPERTY |
| 4/4/2025 | |
| 4/11/2025 | |
| 4/11/2025 | |
| 4/11/2025 | |
| 4/11/2025 | Defendant SIM, ERIC did not appear |
| 4/11/2025 | Defendant SIM, ERIC did not appear |
| 4/11/2025 | ORDER: GRNTD AGREED ORD TO RET SPEC PROPERTY |
| 4/11/2025 | ORDER: GRNTD MTN TO RETURN PASSPORT |

Unofficial Copy Office of Marilyn Burgess District Clerk