# EXHIBIT 2

Filed 24 March 01 A10:10
**Marilyn Burgess - District Clerk**
**Harris County**
**EA001_2083620**
**By: LOPEZ, HAZEL**

THE STATE OF TEXAS
VS.
**ERIC SIM**                          SPN: **03232179**
**3123 LEELAND ST**                   DOB: **A M 02/14/1987**
**HOUSTON TX 77003**                  DATE PREPARED: **03/01/2024**

D.A. LOG NUMBER: **3025235**
CJIS TRACKING NO.:
AGENCY:**HPD**
O/R NO: **026439424**
ARREST DATE: **02/29/2024 11:21am**

NCIC CODE: **1115 22**          RELATED CASES: **SD - 3025547**

FELONY CHARGE:  **Sexual Assault of an Adult**

CAUSE NO:  **185799501010**
HARRIS COUNTY DISTRICT COURT NO: **488**
FIRST SETTING DATE: **3/4/2024**

COURT ORDERED BAIL: **Refer to (15.17)**
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **ERIC SIM**, hereafter styled the Defendant, heretofore on or about **September 24, 2021**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of A.E., hereinafter called the Complainant, to contact the sexual organ of Defendant, without the consent of the Complainant, namely the Complainant had not consented and the Defendant knew that the Complainant was unaware that the sexual assault was occurring.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on  03/01/2024

_Shakita Blueford_
Shakita Blueford
AFFIANT

Duly attested by me on 03/01/2024

_Michael Abner_
Michael Abner
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24061347
ABNER_MICHAEL@DAO.HCTX.NET

**COMPLAINT**

For Official Governmental Use Only - Do Not Disseminate to the Public: 113068600 - Page 1 of 1

D.A. LOG NUMBER: **3025235**
DEFENDANT:  **ERIC SIM**



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        113068600 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 24 March 01 A10:11
**Marilyn Burgess - District Clerk**
**Harris County**
**EA001_2083619**
**By: LOPEZ, HAZEL**

THE STATE OF TEXAS
VS.
**ERIC SIM**

SPN: **03232179**
DOB: **A M 02/14/1987**
DATE PREPARED: **03/01/2024**

D.A. LOG NUMBER: **3025547**
CJIS TRACKING NO.: **927127430XA001**
AGENCY:**HPD**
O/R NO: **029661724**
ARREST DATE: **02/29/2024 11:21am**

NCIC CODE: **1115 22**

RELATED CASES: **SD - 3025235**

FELONY CHARGE: **Sexual Assault of an Adult**

CAUSE NO: **185799601010**
HARRIS COUNTY DISTRICT COURT NO: **488**
FIRST SETTING DATE: **3/4/2024**

COURT ORDERED BAIL: **Refer to (15.17)**
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **ERIC SIM**, hereafter styled the Defendant, heretofore on or about **August 1, 2021**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of S.C., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on  03/01/2024

Duly attested by me on 03/01/2024

Shakita Blueford
AFFIANT

Michael Abner
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24061347
ABNER_MICHAEL@DAO.HCTX.NET

**COMPLAINT**

For Official Governmental Use Only - Do Not Disseminate to the Public: 113068638 - Page 1 of 1

D.A. LOG NUMBER: **3025547**
DEFENDANT: **ERIC SIM**



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        113068638 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE: 1861447 | CRT: 488

*P3*

THE STATE OF TEXAS
VS.
**ERIC YOONJO SIM**
**3123 LEELAND**
**HOUSTON TX 77003**

SPN: **03232179**
DOB: **A M 02/14/1987**
DATE PREPARED: **03/26/2024**

D.A. LOG NUMBER: **3032619**
CJIS TRACKING NO.:
AGENCY:**HPD**
O/R NO: **038006224**
ARREST DATE: **TO BE**

NCIC CODE: **1115 22**          RELATED CASES: **SD - 3028928, 3028932 & 3028940**

FELONY CHARGE:  **Sexual Assault of an Adult**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

COURT ORDERED BAIL: **X-Refer to (15.17)**
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **ERIC YOONJO SIM**, hereafter styled the Defendant, heretofore on or about **August 1, 2019**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of K.A., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

Probable Cause

Your affiant, K. Howton a certified peace officer with Houston Police Department assigned to the Special Victims Division - Adult Sex Crimes Unit does solemnly swear that I have reason to believe and does believe that on or about August 1, 2019, Eric Yoonjo Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338, hereafter the Defendant, committed the felony offense of Sexual Assault, at 3123 Leeland St, Houston, Texas, 77003, within Harris County, Texas.

Affiant bases her beliefs on the following;
On, March 15, 2024, Affiant interviewed K.A., herein referred to as the Complainant in regard to an allegation of a Sexual Assault. Complainant stated to Affiant she met Eric Sim, herein known as the Defendant on Hinge Dating app. Complainant stated to Affiant they had 2 or 3 prior dates and she went to the Defendant house at 3123 Leeland St Houston TX 77003. Complainant stated to Affiant they were downstairs watching TV and hanging out, and she drank one drink. Complainant stated to Affiant there was a NASA event that night on TV and so they went up to the Defendants bedroom to watch the event. Complainant stated to Affiant she was sitting on the edge of the bed while the Defendant was pulling up the event on the large computer screen. Complainant stated to Affiant the Defendant did not put on the NASA event but instead put on music. Complainant stated to Affiant the Defendant turned around and came towards her and pushed her down on the bed and started to take off her pants. Complainant stated to Affiant the Defendant was pulling her pants down and she was pulling them up, telling the Defendant no multiple times. Complainant stated to Affiant the Defendant got her pants off and she grabbed a pillow to cover herself. Complainant stated to Affiant the Defendant grabbed her feet and started sucking on her toes and the Defendant penetrated her Vagina (Female Sexual Organ) with his Penis (Male Sexual Organ). Complainant stated the Defendant did not wear a condom. Complainant stated when the Defendant was finished he offered to take a shower together and the Complainant shook her head no. Complainant stated to Affiant when the Defendant got into the shower she grabbed her clothes, got dressed and left while he was in the shower. Complainant stated she could not find her socks when she left so they got left there.

Defendant Eric Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338 was identified by the Complainant providing a photo of the Defendant to Affiant and Affiant observing the Defendant's Driver's License Photo and determining they are the same person. The Defendant was additionally identified by the complainant providing Affiant with the Defendant's full name, address and phone number. Affiant obtained his Texas Driver's license 46675207 and determined they are one in the same person.

Affiant has reason to believe and does believe that Eric Yoonjo Sim, an Asian Male, with date of birth 02/14/1987, hereafter referred to as the Defendant, identified by Texas DL# 40462338, committed the felony offense of Sexual Assault, on or about August 1, 2019, at 3123 Leeland St, Houston, Texas, 77003, within Harris County, Texas.

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of Imaging.

D.A. LOG NUMBER: **3032619**
DEFENDANT: **ERIC YOONJO SIM**

Page 1 of 2

CAUSE: 1861447 | CRT: 488

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on __3·27·24__

Duly attested by me on __3-27-27__

_Katy H ct_

AFFIANT

_7.9_

Assistant District Attorney
Harris County District Attorney's Office
TBC No. __2 4 8 4 1 3 4 7__

Witness (Peace Officer)

__Edwin Lopez J6(2__
Witness Printed name & Badge or Payroll number

**COMPLAINT**

**FILED**
Marilyn Burgess
District Clerk

MAR 27 2024
Time:___11:09___
Harris County, Texas
By___ NCH ___
Deputy

For Official Governmental Use Only - Do Not Disseminate to the Public: 113534631 - Page 2 of 3

D.A. LOG NUMBER: **3032619**
DEFENDANT: **ERIC YOONJO SIM**

Page 2 of 2



For Official Governmental Use Only - Do Not Disseminate to the Public: 113534631 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        113534631 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE: 1861448 | CRT: 488

*P3*

THE STATE OF TEXAS
VS.
**ERIC YOONJO SIM**
**3123 LEELAND**
**HOUSTON TX 77003**

SPN: **03232179**
DOB: **A M 02/14/1987**
DATE PREPARED: **03/26/2024**

D.A. LOG NUMBER: **3028940**
CJIS TRACKING NO.:
AGENCY:**HPD**
O/R NO: **034426224**
ARREST DATE: **TO BE**

NCIC CODE: **1115 22**     RELATED CASES: **SD - 3028928, 3028932 & 3032619**

FELONY CHARGE: **Sexual Assault of an Adult**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

COURT ORDERED BAIL: **X-Refer to (15.17)**
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **ERIC YOONJO SIM**, hereafter styled the Defendant, heretofore on or about **April 3, 2022**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of M.M., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

Probable Cause

Your affiant, K. Howton a certified peace officer with Houston Police Department assigned to the Special Victims Division - Adult Sex Crimes Unit does solemnly swear that I have reason to believe and do believe that on or about April 3, 2022, Eric Yoonjo Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338, hereafter the Defendant, committed the felony offense of Sexual Assault, at 3123 Leeland St, Houston, Texas, 77003, within Harris County, Texas.

Affiant bases her beliefs on the following;
March 8, 2024, Affiant interviewed M.M., herein referred to as the Complainant in regard to an allegation of a sexual assault. Complainant stated to Affiant she met the Defendant on a dating app called OK Cupid in March 2022 and talked for about a month before their first date. Complainant stated to Affiant she and the Defendant had discussed them wanting to wait until marriage for sex and that it was very important to her since she had just gotten out of a long term relationship, and the Defendant agreed.

Complainant stated to Affiant they had scheduled a second date for April 2, 2022 and she was ready to go meet him when she got a call that her mother was in the hospital, so she cancelled the date. Complainant stated to Affiant that she left the hospital around 1:00am, now April 3, 2022, and she had texted the Defendant and he asked her to come over. Complainant stated she agreed and went to his house. Complainant stated to Affiant they started kissing and the Defendant was rubbing on her trying to go further and she told the Defendant no. Complainant stated to Affiant she had made it clear to the Defendant she was not going to have sex because she was on her menstrual cycle, she was still breastfeeding, and she was waiting until marriage. Complainant stated to Affiant at one point the Defendant lifted her up and took her upstairs and put her on the bed. Complainant stated to Affiant that she was continuing to tell the Defendant no multiple times. Complainant stated the Defendant continued and that she got very stern with the Defendant and told him no, she did not want this. Complainant stated to Affiant that the Defendant grabbed her legs and forcibly lifted them above her hips. Complainant stated to Affiant that at that point she felt she had no choice but to give in, so she submitted to the defendant's use of force. Complainant stated the Defendant then penetrated her vagina (female sexual organ) and her anus with his penis (male sexual organ) and then ejaculated on her face without her consent. Complainant stated to Affiant she could not stop what was happening because the Defendant was too strong.

Defendant Eric Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338 was identified by the Complainant providing a photo of the Defendant to Affiant and Affiant observing the Defendant's Driver's License Photo and determining they are the same person. The Defendant was additionally identified by the complainant providing Affiant with the Defendant's full name and dob. Affiant obtained his Texas Driver's license 46675207 and determined they are one in the same person.

Based on the above, affiant has reason to believe and does believe that on or about April 3, 2022, Eric Yoonjo Sim, an Asian Male, with date of birth 02/14/1987, hereafter referred to as the Defendant, identified by Texas DL# 40462338, committed the felony offense of Sexual Assault, at 3123 Leeland St, Houston, Texas, 77003, within Harris County, Texas.

For Official Governmental Use Only - Do Not Disseminate to the Public: 113534628 - Page 1 of 3

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of Imaging.

D.A. LOG NUMBER: **3028940**

DEFENDANT: **ERIC YOONJO SIM**     Page 1 of 2

CAUSE: 1861448 | CRT: 488

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on ___3·27·24___

Duly attested by me on ___3-27-27___

_Katy Ht_

_MA_

AFFIANT

Assistant District Attorney
Harris County District Attorney's Office
TBC No. ___24061347___

_Sof_

Witness (Peace Officer)

___Edwin Lopez 3612___
Witness Printed name & Badge or Payroll number

**COMPLAINT**

For Official Governmental Use Only - Do Not Disseminate to the Public: 113534628 - Page 2 of 3

**FILED**
Marilyn Burgess
District Clerk

Time: ___11:13___  MAR 27 2024
Harris County, Texas
By ___VUA___
Deputy

D.A. LOG NUMBER: **3028940**
DEFENDANT: **ERIC YOONJO SIM**

Page 2 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 113534628 - Page 3 of 3

COPY OF COMPLAINT/WARRANT DELIVERED TO
Officer's name: KATELYN HOWTON
Police agency: HPD
Phone no: _____ date/time: _____



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        113534628 Total Pages:  3

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE: 1861450 | CRT: 488

*P3*

THE STATE OF TEXAS                                      D.A. LOG NUMBER: 3028932
VS.                                                     CJIS TRACKING NO.:
**ERIC YOONJO SIM**          SPN: 03232179              AGENCY:**HPD**
**3123 LEELAND**             DOB: **A M 02/14/1987**    O/R NO: 027162924
**HOUSTON TX 77003**         DATE PREPARED: **03/26/2024**   ARREST DATE: **TO BE**

NCIC CODE: **1115 22**          RELATED CASES: **SD - 3032619, 3028940 & 3028928**

FELONY CHARGE:  **Sexual Assault of an Adult**

CAUSE NO:                                               COURT ORDERED BAIL: **X-Refer to (15.17)**
HARRIS COUNTY DISTRICT COURT NO:                        PRIOR CAUSE NO:
FIRST SETTING DATE:                                     CHARGE SEQ NUM: 1

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **ERIC YOONJO SIM**, hereafter styled the Defendant, heretofore on or about **May 15, 2020**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of T.C., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

Probable Cause

Your affiant, K. Howton a certified peace officer with Houston Police Department assigned to the Special Victims Division - Adult Sex Crimes Unit does solemnly swear that I have reason to believe and does believe that on or about May 20, 2020, Eric Yonnjo Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338, hereafter the Defendant, committed the felony offense of Sexual Assault, at 3123 Leeland St, Houston, Texas, 77003, within Harris County, Texas.

Affiant bases her beliefs on the following;
February 23, 2024, Affiant interviewed T.C., herein referred to as the Complainant in regard to an allegation of a sexual assault. Complainant stated to Affiant she met the suspect on a dating app called East Meets East in April 2020. Complainant stated to Affiant they were talking for a few weeks and had their first date in a park due to COVID on May 5, 2020. Complainant stated to Affiant that their second date was May 15, 2020 at his house. Complainant stated to Affiant they were downstairs cooking, eating, and watching T.V. for several hours, then the Defendant suggested to go up to his room. Complainant stated to Affiant that she told the Defendant that she was not ready for sex. Complainant stated to Affiant that the Defendant continued to pressure her to go upstairs, so she did, but under the impression they would listen to music and play on his piano and computer. Complainant stated to Affiant that she was sitting on his lap in a computer chair and the suspect started to kiss her.

Complainant stated to Affiant that the Defendant then pushed her over to the bed and started to take off her pants, but she told the Defendant that she was not ready to have sex and he needed to stop. Complainant stated to Affiant that the Defendant then pulled her pants off and physically ripped her panties off, causing them to tear when he took them off. Complainant stated to Affiant that the Defendant then grabbed her wrists and put his body weight on her to pin her down and the Defendant forcibly penetrated her vagina (female sexual organ) with his penis (male sexual organ) very aggressively. Complainant stated she felt like she had no choice so he gave into the sex even though she did not want to. Complainant stated to Affiant the Defendant then ejaculated on her breasts when he was done. Complainant stated to Affiant the Defendant invited her to stay the night but she did not feel comfortable and she left.

Defendant Eric Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338 was identified by the Complainant providing a photo of the Defendant to Affiant and Affiant observing the Defendant's Driver's License Photo and determining they are the same person. The Defendant was additionally identified by the complainant providing Affiant with the Defendant's full name and dob. Affiant obtained his Texas Driver's license 46675207 and determined they are one in the same person.

Based on the above, affiant has reason to believe and does believe that on or about May 15, 2020, Eric Yoonjo Sim, an Asian Male, with date of birth 02/14/1987, hereafter referred to as the Defendant, identified by Texas DL# 40462338, committed the felony offense of Sexual Assault, at 3123 Leeland St, Houston, Texas, 77003, within Harris County, Texas.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

D.A. LOG NUMBER: **3028932**
DEFENDANT: **ERIC YOONJO SIM**                 Page 1 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 113534629 - Page 1 of 3

CAUSE: 1861450 | CRT: 488

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on ___3·27·24___

Duly attested by me on ___3-27-24___

_____
AFFIANT

_____
Assistant District Attorney
Harris County District Attorney's Office
TBC No. ___24061347___

_____
Witness (Peace Officer)

___EDWIN LOPEZ 3612___
Witness Printed name & Badge or Payroll number

**COMPLAINT**

For Official Governmental Use Only - Do Not Disseminate to the Public: 113534629 - Page 2 of 3

**FILED**
Marilyn Burgess
District Clerk

MAR 27 2024
Time:_____
Harris County, Texas
By_____
Deputy

D.A. LOG NUMBER: **3028932**
DEFENDANT: **ERIC YOONJO SIM**



For Official Governmental Use Only - Do Not Disseminate to the Public: 113534629 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        113534629 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE: 1861451 | CRT: 488

THE STATE OF TEXAS
VS.
**ERIC YOONJO SIM**          SPN: **03232179**
**3123 LEELAND**            DOB: **A M 02/14/1987**
**HOUSTON TX 77003**         DATE PREPARED: **03/26/2024**

D.A. LOG NUMBER: **3028928**
CJIS TRACKING NO.:
AGENCY:**HPD**
O/R NO: **124741419**
ARREST DATE: **TO BE**

NCIC CODE: **1115 22**          RELATED CASES: **SD - 3028932, 3028940 & 3032619**

FELONY CHARGE: **Sexual Assault of an Adult**

CAUSE NO:                    COURT ORDERED BAIL: **X-Refer to (15.17)**
HARRIS COUNTY DISTRICT COURT NO:      PRIOR CAUSE NO:
FIRST SETTING DATE:              CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **ERIC YOONJO SIM**, hereafter styled the Defendant, heretofore on or about **September 22, 2019**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of X.C., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

Probable Cause

Your affiant, K. Howton a certified peace officer with Houston Police Department assigned to the Special Victims Division - Adult Sex Crimes Unit does solemnly swear that I have reason to believe and does believe that on or about September 22, 2019, Eric Yoonjo Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338, hereafter the Defendant, committed the felony offense of Sexual Assault, at a private residence in Houston, Texas, 77077, within Harris County, Texas.

Affiant bases her beliefs on the following;
Affiant was assigned Houston Police Department Offense Report Number 1247414-19 originally authored by Officer B. Stephens employed with the Houston Police Department whom Affiant knows to be credible and reliable. According to HPD Report 1247414-19, Officer Stephens met with X.C., hereafter referred to as Complainant, regarding an allegation of a Sexual Assault.

On September 23, 2019 Officer Stephens met with the Complainant and obtained a statement. Complainant stated to Officer Stephens she met Eric Sim, hereafter referred to as the Defendant on the Dating app Hinge. Complainant stated to Officer Stephens she invited the Defendant to her house at an address disclosed to the officer and known by Affiant to be located in Harris County, Texas. While at the Complainant's home they were sitting on the couch talking when the Defendant carried her upstairs and put her on the bed. Complainant stated to Officer Stephens the Defendant started rubbing her breasts and she told the Defendant to stop. Complainant stated to Officer Stephens the Defendant took off her pants and preformed oral sex on her (mouth to vagina) and then penetrated her vagina (female sexual organ) with his penis (male sexual organ). Complainant stated to Officer Stephens she told the Defendant to stop and the Defendant pinned her arms above her head and pinned her legs while she shouted at the Defendant to stop.

Complainant stated to Officer Stephens she was able to position herself to make the Defendant stop and she ran downstairs, but the Defendant grabbed her and took her back upstairs and placed her back on the bed. Complainant stated to Officer Stephens the Defendant again preformed oral sex on her and again penetrated her vagina with his penis. Complainant stated to Officer Stephens she was able to get away again and went downstairs until the Defendant left the residence. Complainant stated to Officer Stephens she went to the hospital the following day and received a SANE Exam.

Affiant reviewed the SANE documents from Forensic Nurse K. Powell of Memorial Hermann Hospital from September 23, 2019. The documents show the Complainant sustained bruising to both the labia majora and minor as a result of the incident.

Defendant Eric Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338 was identified by the Complainant providing a photo of the Defendant to Affiant and Affiant observing the Defendant's Driver's License Photo and determining they are the same person. The Defendant was additionally identified by the complainant providing Affiant with the Defendant's full name and dob. Affiant obtained his Texas Driver's license 46675207 and determined they are one in the same person.

D.A. LOG NUMBER: 3028928

DEFENDANT: **ERIC YOONJO SIM**                Page 1 of 2

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

CAUSE: 1861451 | CRT: 488

Based on the information above, Affiant has reason to believe and does believe that on or about September 22, 2019, Eric Yoonjo Sim, an Asian Male, with date of birth 02/14/1987, hereafter referred to as the Defendant, identified by Texas DL# 40462338, committed the felony offense of Sexual Assault, at a private residence in Houston, Texas, within Harris County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on __3·27.24__

Duly attested by me on __3-27-24__

_____
AFFIANT

_____
Assistant District Attorney
Harris County District Attorney's Office
TBC No. __2466 1347__

_____
Witness (Peace Officer)

__BROWN LOPEZ 3612__
Witness Printed name & Badge or Payroll number

**COMPLAINT**

**FILED**
Marilyn Burgess
District Clerk

MAR 27 2024
Time:_____
Harris County, Texas
By_____
Deputy

For Official Governmental Use Only - Do Not Disseminate to the Public: 113534630 - Page 2 of 3

D.A. LOG NUMBER: **3028928**
DEFENDANT: **ERIC YOONJO SIM**

Page 2 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 113534630 - Page 3 of 3





I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        113534630 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CASE#1870195 CRT#488

THE STATE OF TEXAS
VS.
**ERIC YOONJO SIM**
**3123 LEELAND**
**HOUSTON TX 77003**

SPN: **03232179**
DOB: A M **02/14/1987**
DATE PREPARED: **05/30/2024**

D.A. LOG NUMBER: **3046820**
CJIS TRACKING NO.:
AGENCY:**HPD**
O/R NO: **067208224**
ARREST DATE: TO BE

NCIC CODE: **1115 22**

RELATED CASES:

FELONY CHARGE: **Sexual Assault of an Adult**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

COURT ORDERED BAIL:
PRIOR CAUSE NO:
CHARGE SEQ NUM: 1

---

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **ERIC YOONJO SIM**, hereafter styled the Defendant, heretofore on or about **April 20, 2023**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of N.A., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

Probable Cause

Your affiant, K. Howton a certified peace officer with Houston Police Department assigned to the Special Victims Division - Adult Sex Crimes Unit does solemnly swear that I have reason to believe and does believe that on or about April 20, 2023, Eric Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338, hereafter the Defendant, committed the felony offense of Sexual Assault, at 3123 Leeland St, Houston, Texas, 77003, within Harris County, Texas.

Affiant bases her beliefs on the following;
May 10, 2024, Affiant interviewed N.A. herein referred to as the Complainant in regard to an allegation of a sexual assault. Complainant stated to Affiant she met the Defendant via Bumble dating app in February 2023. Complainant stated to Affiant they exchanged numbers and started texting for about a month. Complainant stated to Affiant agreed and went on a coffee date with him one night after she got off work and she really liked him and agreed to go on a second date. Complainant stated to Affiant they went on a second date a week later at a Japanese restaurant and they had a good time but that he had made a few weird comments about her red hair and she felt like it was a fetish to him. Complainant stated to Affiant at the end of the date the Defendant walked her to her car and gave her a kiss and it was a very awkward kiss. Complainant stated to Affiant there was a lot of tongue and it was in public so she felt weird with people being around her but she got in her car and left shortly after.

Complainant agreed to a third date and went to the Defendants house because he wanted to cook dinner and they listened to music and were having a good time. Complainant stated to Affiant the Defendant wanted to give her a tour of the house that ended in his bedroom. Complainant stated to Affiant she was standing at the window looking at the skyline and the Defendant came up behind her and hugged her and was holding on to her. Complainant stated to Affiant the Defendant pushed her over to the bed and started kissing and rubbing on her breast over and under the clothes. Complainant stated to Affiant the Defendant reached down and started to unbutton her pants and she stopped him and told him no that it was too soon for that. Complainant stated to Affiant the Defendant said oh okay and kept kissing her. Complainant stated to Affiant the Defendant kept trying to unbutton her pants and asked if she liked oral. Complainant stated to Affiant she told the Defendant yes she did but she was not going to let him do that because she was on her period and it was too soon for sex. Complainant stated to Affiant the Defendant completely ignored her and took off her pants.

Complainant stated to Affiant the Defendant got her pants off and performed oral sex (mouth to vagina) on her. Complainant stated to Affiant the Defendant took her tampon out of her vagina and climbed on top of her and penetrated her vagina (female sexual organ) with his penis (male sexual organ). Complainant stated to Affiant she was completely frozen during the assault. Complainant stated to Affiant she knew she could not physically stop the Defendant as he was much bigger than her and she was alone in his house and she did not want to get hurt. Complainant stated to Affiant the Defendant ejaculated on her stomach and then he got off and went to the bathroom. Complainant stated to Affiant after the assault she left and went home. Complainant stated to Affiant for several weeks after the Defendant would text her and she did not respond.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

D.A. LOG NUMBER: **3046820**
DEFENDANT: **ERIC YOONJO SIM**

Page 1 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 114656844 - Page 1 of 2

CASE#1870195 CRT#488

Defendant Eric Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338 was identified by the Complainant providing a photo of the Defendant to Affiant and Affiant observing the Defendant's Driver's License Photo and determining they are the same person. The Defendant was additionally identified by the complainant providing Affiant with the Defendant's full name and DOB. Affiant obtained his Texas Driver's license 46675207 and determined they are one in the same person.

Affiant has reason to believe and does believe that has reason to believe and does believe that on or about April 20, 2023 Eric Sim, Asian Male, date of birth 02/14/1987, Texas Driver's License Number 40462338, hereafter the Defendant, committed the felony offense of Sexual Assault, at 3123 Leeland St, Houston, Texas, 77003, within Harris County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on 5.30.24

Duly attested by me on 5-30-24

_____
AFFIANT

_____
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 

_____
Witness (Peace Officer)

M. Santillon          9326
_____
Witness Printed name & Badge or Payroll number

**COMPLAINT**

For Official Governmental Use Only - Do Not Disseminate to the Public: 114656844 - Page 2 of 2

D.A. LOG NUMBER: 3046820
DEFENDANT: **ERIC YOONJO SIM**

Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        114656844 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CAUSE NO. **185799501010**          SPN: **03232179**          DATE/TIME OF ARREST: **2/29/2024 09:41 AM**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 488th DISTRICT COURT |
| v. | § | |
| SIM, ERIC | § | HARRIS COUNTY, TEXAS |
| DOB: February 14, 1987 | | |

---

### STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER

---

On this date and time the above-named defendant personally appeared before me, the undersigned Texas magistrate. The defendant appeared ⊠ **in person** ☐ **by video teleconference** and I admonished the defendant as follows:

You are accused of **2ND DEGREE FELONY**, namely, **SEXUAL ASSAULT**.

- You have the right to hire an attorney to represent you.
- You have the right to remain silent.
- You have the right to have an attorney present prior to and during any interview with peace officers or attorneys representing the state.
- You have the right to stop any interview at any time.

- You have the right to an examining trial in a felony offense.
- You are not required to make a statement and any statement you make can be used against you.
- You have the right to request the appointment of counsel if you cannot afford counsel.

**If you consent, I can appoint the Public Defender to represent you and describe evidence on your behalf in this bail hearing regardless of whether you are indigent. If you request appointed counsel and are later found to be indigent, another lawyer would be appointed to represent you in any trial or plea on the charge(s) listed above.**

**Do you consent to allow an assistant public defender to represent you in this bail hearing, knowing that this lawyer will not continue to represent you when this hearing is over?**          ☐ **NO**          ⊠ **YES**— Pursuant to Joint Administrative Order No. 2017-01, Assistant Public Defender Kraus, Eric (print name) represented the Defendant in this bail hearing.

**Do you request the appointment of counsel to represent you in the county or district court if you are determined to be indigent?**
⊠ **NO**      ☐ **YES**— The Court **ORDERS** Pretrial Services to help the defendant, if still in custody, prepare the request and any supporting paperwork, and then forward the request to the judge of the court in which the case is pending within 24 hours.

---

CONSULAR NOTIFICATION: If you are a foreign national, you may be entitled to have us notify your country's consular representative here in the United States. If your country requires notification, we will notify it as soon as possible.

The accused is a:   ⊠ **United States citizen**   ☐ **foreign national of** _____ (country).

☐ **The accused requests notification of consular officials.**

☐ **MANDATORY NOTIFICATION:** The clerk shall immediately alert the above country's consulate of this arrest.

**If you are a foreign national, please provide the following information:**

| _____ | _____ | _____ |
|---|---|---|
| Name (father's last / mother's last / first) | Date of Birth | Place of Birth |
| _____ | _____ | _____ |
| Passport Number | Date Issued | Place Issued |

---

## PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

⊠ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court reviewed and/or set the defendant's bond as indicated in the BAIL ORDER below and, in clear and unambiguous language: (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. Art. 15.17; and (2) provided the defendant with information required by law. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐ Probable cause previously determined. The Court ORDERS the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

⊠ SEE NEXT PAGE FOR BAIL ORDER

March 01, 2024 22:05 PM
**Date and Time**          **Magistrate (Judge or Hearing Officer)**          **Interpreter (if applicable)**
Magistrate **Carol carrier** (SPN **53873500**)          (Rev. June 29, 2021)          Page 1 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 113085017 - Page 1 of 2

CAUSE NO. <u>185799501010</u>

---

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

---

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of <u>SIM, ERIC</u>, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

☐ Personal Bond Recommended
☐ Personal Bond **NOT** Recommended
☒ Personal Bond Recommendation referred to Magistrate
☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

Presumptive Bail Amount <u>0.00</u> Bond Exception: <u>REFER TO MAGISTRATE</u>

**A.**  **DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☒ Opposed
  ☐ No Position
- Bail Request ☐ No DA Bail Request
  ☒ Amount <u>$500,000.00</u>
  ☐ No Bail

**B.**  **PUBLIC DEFENDER PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☐ Opposed
  ☒ No Position
- Bail Request ☐ No PD Bail Request
  ☒ Amount <u>$10,000.00</u>
  ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn:  ☒ Yes
                   ☐ No

# ORDER

After considering the above, the Court (1) advised the defendant of his rights pursuant to TEX.CODE CRIM.P. ART 15.17; (2) set the defendant's conditions of release in clear and unambiguous language; and (3) provided the defendant with information required by law.  The Court then ORDERED the following:

**Bail is set at:**    ☐ No Bail    ☒ <u>$500,000.00</u>
                                   ☒ Conditions

**Personal bond is:**    ☒ Not Approved    <u>17.03; NVCA: NO; PSA: 1:1;</u>
                         ☐ Approved ☐ Conditions

**The reasons for this individual assessment of the appropriate conditions of release were explained to the above-named Defendant.**

Pursuant to Texas Code of Criminal Procedure art 17.022 and Texas Government Code § 72.038, I hereby certify that in setting this bail that I considered each factor of Texas Code of Criminal Procedure art. 17.15(a), and I certify that I considered the information in the Public Safety Report System.  I hereby authorize the Harris County District Clerk to enter the required certification in the Public Safety Report System on my behalf.

<u>March 01, 2024 22:05 PM</u>
**Date and Time**
Magistrate **Carol carrier** (SPN **53873500**)

_____
**Magistrate (Judge or Hearing Officer)**
(Rev. April 1, 2022)

_____
**Interpreter (if applicable)**

Page 2 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 113085017 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        113085017 Total Pages:  2

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CAUSE NO. **185799601010**          SPN: **03232179**                    DATE/TIME OF ARREST:**3/1/2024 12:00 AM**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | **IN THE 488th DISTRICT COURT** |
| **v.** | § | |
| **SIM, ERIC** | § | HARRIS COUNTY, TEXAS |
| DOB:**February 14, 1987** | | |

---

### STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER

---

On this date and time the above-named defendant personally appeared before me, the undersigned Texas magistrate. The defendant appeared ☒ **in person** ☐ **by video teleconference** and I admonished the defendant as follows:

You are accused of **2ND DEGREE FELONY**, namely, **SEXUAL ASSAULT**.

- You have the right to hire an attorney to represent you.
- You have the right to remain silent.
- You have the right to have an attorney present prior to and during any interview with peace officers or attorneys representing the state.
- You have the right to stop any interview at any time.

- You have the right to an examining trial in a felony offense.
- You are not required to make a statement and any statement you make can be used against you.
- You have the right to request the appointment of counsel if you cannot afford counsel.

**If you consent, I can appoint the Public Defender to represent you and describe evidence on your behalf in this bail hearing regardless of whether you are indigent. If you request appointed counsel and are later found to be indigent, another lawyer would be appointed to represent you in any trial or plea on the charge(s) listed above.**

**Do you consent to allow an assistant public defender to represent you in this bail hearing, knowing that this lawyer will not continue to represent you when this hearing is over?**          ☐ **NO**          ☒ **YES**— Pursuant to Joint Administrative Order No. 2017-01, Assistant Public Defender Kraus, Eric _____ (print name) represented the Defendant in this bail hearing.

**Do you request the appointment of counsel to represent you in the county or district court if you are determined to be indigent?**
☒ **NO**          ☐ **YES**— The Court **ORDERS** Pretrial Services to help the defendant, if still in custody, prepare the request and any supporting paperwork, and then forward the request to the judge of the court in which the case is pending within 24 hours.

---

CONSULAR NOTIFICATION: If you are a foreign national, you may be entitled to have us notify your country's consular representative here in the United States. If your country requires notification, we will notify it as soon as possible.

The accused is a:     ☒ **United States citizen**     ☐ **foreign national of** _____ **(country).**

☐ **The accused requests notification of consular officials.**

☐ **MANDATORY NOTIFICATION:** The clerk shall immediately alert the above country's consulate of this arrest.

**If you are a foreign national, please provide the following information:**

| _____ | _____ | _____ |
|---|---|---|
| Name (father's last / mother's last / first) | Date of Birth | Place of Birth |
| _____ | _____ | _____ |
| Passport Number | Date Issued | Place Issued |

---

## PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court reviewed and/or set the defendant's bond as indicated in the BAIL ORDER below and, in clear and unambiguous language: (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. Art. 15.17; and (2) provided the defendant with information required by law. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐ Probable cause previously determined. The Court ORDERS the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒ SEE NEXT PAGE FOR BAIL ORDER

March 01, 2024 22:28 PM     _Carol Carrier_     _____
**Date and Time**          **Magistrate (Judge or Hearing Officer)**          **Interpreter (if applicable)**
Magistrate **Carol carrier** (SPN **53873500**)          (Rev. June 29, 2021)          Page 1 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 13085039 - Page 1 of 2

CAUSE NO. <u>185799601010</u>

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of <u>SIM, ERIC</u>, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

☐ Personal Bond Recommended
☐ Personal Bond **NOT** Recommended
☒ Personal Bond Recommendation referred to Magistrate
☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

Presumptive Bail Amount <u>0.00</u> Bond Exception: <u>REFER TO MAGISTRATE</u>

**A.  DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☒ Opposed
  ☐ No Position
- Bail Request ☐ No DA Bail Request
  ☒ Amount <u>$500,000.00</u>
  ☐ No Bail

**B.  PUBLIC DEFENDER PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☐ Opposed
  ☒ No Position
- Bail Request ☐ No PD Bail Request
  ☒ Amount <u>$10,000.00</u>
  ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn:   ☒ Yes
                    ☐ No

# ORDER

After considering the above, the Court (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. ART 15.17; (2) set the defendant's conditions of release in clear and unambiguous language; and (3) provided the defendant with information required by law.  The Court then ORDERED the following:

Bail is set at:   ☐ No Bail       ☒ <u>$500,000.00</u>
                  ☒ Conditions

Personal bond is:   ☒ Not Approved   <u>17.03;</u>
                    ☐ Approved ☐ Conditions

The reasons for this individual assessment of the appropriate conditions of release were explained to the above-named Defendant.

Pursuant to Texas Code of Criminal Procedure art 17.022 and Texas Government Code § 72.038, I hereby certify that in setting this bail that I considered each factor of Texas Code of Criminal Procedure art. 17.15(a), and I certify that I considered the information in the Public Safety Report System.  I hereby authorize the Harris County District Clerk to enter the required certification in the Public Safety Report System on my behalf.

<u>March 01, 2024 22:28 PM</u>          _____          _____
**Date and Time**                    **Magistrate (Judge or Hearing Officer)**    **Interpreter (if applicable)**
Magistrate **Carol carrier** (SPN **53873500**)          (Rev. April 1, 2022)          Page 2 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 113085039 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        113085039 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**