# EXHIBIT 3

*B*

THE STATE OF TEXAS
VS.
**ERIC  SIM**
**3123 LEELAND ST**
**HOUSTON,TX 77003**

SPN: **03232179**
DOB: **A M 2/14/1987**
DATE PREPARED: **6/24/2024**

D.A. LOG NUMBER: **3025235**
CJIS TRACKING NO.:
BY: **MM** DA NO: **2533919**
AGENCY: **HPD**
O/R NO: **026439424**
ARREST DATE: **TO BE**

NCIC CODE: **111522**

RELATED CASES: **SD - 3025547**

FELONY CHARGE:  **SEXUAL ASSAULT**

CAUSE NO: **1857995**
HARRIS COUNTY DISTRICT COURT NO: **488**
FIRST SETTING DATE:

COURT ORDERED BAIL:
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERIC  SIM,** hereafter styled the Defendant, heretofore on or about **September 24, 2021**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of A.E., hereinafter called the Complainant, to contact the sexual organ of Defendant, without the consent of the Complainant, namely the Complainant had not consented and the Defendant knew that the Complainant was unaware that the sexual assault was occurring.

FILED
Marilyn Burgess
District Clerk

JUN 25 2024
Time: 12:15
Harris County, Texas
By_____
Deputy

Foreman                                      **185th**

_____
FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

For Official Governmental Use Only - Do Not Disseminate to the Public: 115099870 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        115099870 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

THE STATE OF TEXAS
VS.
**ERIC SIM**

,

SPN: **03232179**
DOB: **A M 2/14/1987**
DATE PREPARED: **6/24/2024**

D.A. LOG NUMBER: **3025547**
CJIS TRACKING NO.: **927127430XA001**
BY: **MM  DA NO: 2533919**
AGENCY: **HPD**
O/R NO: **029661724**
ARREST DATE: **3/1/2024**

NCIC CODE: **111522**                   RELATED CASES: **SD - 3025235**

FELONY CHARGE: **SEXUAL ASSAULT**

CAUSE NO: **1857996**
HARRIS COUNTY DISTRICT COURT NO: **488**
FIRST SETTING DATE:

COURT ORDERED BAIL:
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERIC SIM,** hereafter styled the Defendant, heretofore on or about **August 1, 2021**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of S.C., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

F I L E D
Marilyn Burgess
District Clerk

JUN 25 2024

Time: 12:15
Harris County, Texas
By AC
Deputy

**Foreman**                                   **185th**

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

For Official Governmental Use Only - Do Not Disseminate to the Public: 115099869 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        115099869 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

*B*

THE STATE OF TEXAS
VS.
**ERIC YOONJO SIM**
**3123 LEELAND**
**HOUSTON,TX 77003**

SPN: **03232179**
DOB: **A M 2/14/1987**
DATE PREPARED: **6/24/2024**

D.A. LOG NUMBER: **3032619**
CJIS TRACKING NO.:
BY: **MM** DA NO: **2533919**
AGENCY: **HPD**
O/R NO: **038006224**
ARREST DATE: **TO BE**

NCIC CODE: **111522**
FELONY CHARGE: **SEXUAL ASSAULT**

RELATED CASES: **SD - 3028928, 3028932 & 3028940**

CAUSE NO: **1861447**
HARRIS COUNTY DISTRICT COURT NO: **488**
FIRST SETTING DATE:

COURT ORDERED BAIL:
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERIC YOONJO SIM,** hereafter styled the Defendant, heretofore on or about **August 1, 2019**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of K.A., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

FILED
Marilyn Burgess
District Clerk

JUN 25 2024   6·25·2024

Time: _12:15_
Harris County, Texas
By_____
Deputy

For Official Governmental Use Only - Do Not Disseminate to the Public: 115099867 - Page 1 of 1

Foreman                                    185th

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of Imaging



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        115099867 Total Pages:  1

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

𝔅

THE STATE OF TEXAS
VS.
**ERIC YOONJO SIM**
**3123 LEELAND**
**HOUSTON,TX 77003**

SPN: 03232179
DOB: **A M 2/14/1987**
DATE PREPARED: **6/24/2024**

D.A. LOG NUMBER: **3028940**
CJIS TRACKING NO.:
BY: **MM  DA NO: 2533919**
AGENCY: **HPD**
O/R NO: **034426224**
ARREST DATE: **TO BE**

NCIC CODE: **111522**

RELATED CASES: **SD - 3028928, 3028932 & 3032619**

FELONY CHARGE:  **SEXUAL ASSAULT**

CAUSE NO: **1861448**
HARRIS COUNTY DISTRICT COURT NO: **488**
FIRST SETTING DATE:

COURT ORDERED BAIL:
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERIC YOONJO SIM,** hereafter styled the Defendant, heretofore on or about **April 3, 2022,** did then and there unlawfully, intentionally and knowingly cause the sexual organ of M.M., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

For Official Governmental Use Only - Do Not Disseminate to the Public: 115099865 - Page 1 of 1

𝔽 𝕀 𝕃 𝔼 𝔻
Marilyn Burgess
District Clerk

JUN 25 2024
Time: 12:15
Harris County, Texas
By_____
Deputy

Foreman                                185th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        115099865 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

THE STATE OF TEXAS
VS.
**ERIC YOONJO SIM**
**3123 LEELAND**
**HOUSTON,TX 77003**

SPN: **03232179**
DOB: **A M 2/14/1987**
DATE PREPARED: **6/24/2024**

D.A. LOG NUMBER: **3028932**
CJIS TRACKING NO.:
BY: **MM  DA NO: 2533919**
AGENCY: **HPD**
O/R NO: **027162924**
ARREST DATE: **TO BE**

NCIC CODE: **111522**

RELATED CASES: **SD - 3032619, 3028940 & 3028928**

FELONY CHARGE: **SEXUAL ASSAULT**

CAUSE NO: **1861450**
HARRIS COUNTY DISTRICT COURT NO: **488**
FIRST SETTING DATE:

COURT ORDERED BAIL:
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERIC YOONJO SIM,** hereafter styled the Defendant, heretofore on or about **May 15, 2020,** did then and there unlawfully, intentionally and knowingly cause the sexual organ of T.C., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

For Official Governmental Use Only - Do Not Disseminate to the Public: 115099866 - Page 1 of 1

FILED
Marilyn Burgess
District Clerk

JUN 25 2024
Time:_____
Harris County, Texas
By_____
Deputy

Foreman                          185th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        115099866 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

*B*

THE STATE OF TEXAS
VS.
**ERIC YOONJO SIM**
**3123 LEELAND**
**HOUSTON,TX 77003**

SPN: **03232179**
DOB: **A M 2/14/1987**
DATE PREPARED: **6/24/2024**

D.A. LOG NUMBER: **3028928**
CJIS TRACKING NO.:
BY: **MM  DA NO: 2533919**
AGENCY: **HPD**
O/R NO: **124741419**
ARREST DATE: **TO BE**

NCIC CODE: **111522**

RELATED CASES: **SD – 3028932, 3028940 & 3032619**

FELONY CHARGE: **SEXUAL ASSAULT**

CAUSE NO: **1861451**
HARRIS COUNTY DISTRICT COURT NO: **488**
FIRST SETTING DATE:

COURT ORDERED BAIL:
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERIC YOONJO SIM,** hereafter styled the Defendant, heretofore on or about **September 22, 2019**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of X.C., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

For Official Governmental Use Only - Do Not Disseminate to the Public: 115099868 - Page 1 of 1

**FILED**
Marilyn Burgess
District Clerk

JUN 25 2024
Time: 12:13
Harris County, Texas
By_____
Deputy

Foreman                    185th

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        115099868 Total Pages:  1

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

*B*

THE STATE OF TEXAS
VS.
**ERIC YOONJO SIM**
**3123 LEELAND**
**HOUSTON,TX 77003**

SPN: **03232179**
DOB: **A M 2/14/1987**
DATE PREPARED: **6/24/2024**

D.A. LOG NUMBER: **3046820**
CJIS TRACKING NO.:
BY: **MM  DA NO: 2533919**
AGENCY: **HPD**
O/R NO: **067208224**
ARREST DATE: **TO BE**

NCIC CODE: **111522**

RELATED CASES:

FELONY CHARGE:  **SEXUAL ASSAULT**

CAUSE NO: **1870195**
HARRIS COUNTY DISTRICT COURT NO: **488**
FIRST SETTING DATE:

COURT ORDERED BAIL:
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ERIC YOONJO SIM,** hereafter styled the Defendant, heretofore on or about **April 20, 2023**, did then and there unlawfully, intentionally and knowingly cause the sexual organ of N.A., hereinafter called the Complainant, to contact the sexual organ of the Defendant, without the consent of the Complainant, namely the Defendant compelled the Complainant to submit and participate by the use of physical force, violence, and coercion.

For Official Governmental Use Only - Do Not Disseminate to the Public: 115099864 - Page 1 of 1

F I L E D
Marilyn Burgess
District Clerk

JUN 25 2024
Time: _12:15_
Harris County, Texas
By_____
Deputy

Foreman                                     185th

FOREMAN OF THE GRAND JURY

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**INDICTMENT**

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        115099864 Total Pages:  1

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**