# EXHIBIT 4

**CAUSE NO. 185799501010**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 488TH DISTRICT COURT |
| VS. | § | OF |
| SIM, ERIC | § | HARRIS COUNTY, TEXAS |

OFFENSE: SEXUAL ASSAULT

## MOTION TO DISMISS

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason: **Cannot prove beyond a reasonable doubt at this time. Subject to refile.**

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

GORDON IV, JAMES CALDWELL
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24097749
GORDON_JAMES@DAO.HCTX.NET

## ORDER AND NOTICE

The foregoing motion having been presented to me on February 25, 2025, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is hereby dismissed.

NOTICE:    Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice.

SIGNED AND ENTERED on February 25, 2025.

Judge Presiding
Harris County 488th District Court
Harris County, Texas

For Official Governmental Use Only - Do Not Disseminate to the Public: 119150834 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        119150834 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 25 February 25 P1:04
Marilyn Burgess - District Clerk
Harris County

CAUSE NO. 185799601010

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 488TH DISTRICT COURT |
| VS. | § | OF |
| SIM, ERIC | § | HARRIS COUNTY, TEXAS |

OFFENSE: SEXUAL ASSAULT

## MOTION TO DISMISS

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason: **Cannot prove beyond a reasonable doubt at this time. Subject to refile.**

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

_____

Assistant District Attorney
Harris County District Attorney's Office
TBC No.

## ORDER AND NOTICE

The foregoing motion having been presented to me on February 25, 2025, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is hereby dismissed.

| | |
|---|---|
| NOTICE: | Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice. |

SIGNED AND ENTERED on February 25, 2025.

_____
Judge Presiding
Harris County 488th District Court
Harris County, Texas

For Official Governmental Use Only - Do Not Disseminate to the Public: 119150790 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        119150790 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 25 February 25 P1:04
**Marilyn Burgess - District Clerk
Harris County**

For Official Governmental Use Only - Do Not Disseminate to the Public: 119150795 - Page 1 of 1

CAUSE NO. 186144701010

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 488TH DISTRICT COURT |
| VS. | § | OF |
| SIM, ERIC YOONJO | § | HARRIS COUNTY, TEXAS |

OFFENSE: SEXUAL ASSAULT

## MOTION TO DISMISS

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason: **Cannot prove beyond a reasonable doubt at this time. Subject to refile.**

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

_____

Assistant District Attorney
Harris County District Attorney's Office
TBC No.

## ORDER AND NOTICE

The foregoing motion having been presented to me on February 25, 2025, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is hereby dismissed.

NOTICE:    Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice.

SIGNED AND ENTERED on February 25, 2025.

_____
Judge Presiding
Harris County 488th District Court
Harris County, Texas



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 31, 2026

Certified Document Number:        119150795 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Filed 25 February 25 P1:04
Marilyn Burgess - District Clerk
Harris County

CAUSE NO. 186144801010

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 488TH DISTRICT COURT |
| VS. | § | OF |
| SIM, ERIC YOONJO | § | HARRIS COUNTY, TEXAS |

OFFENSE: SEXUAL ASSAULT

MOTION TO DISMISS

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason: **Cannot prove beyond a reasonable doubt at this time. Subject to refile.**

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

Assistant District Attorney
Harris County District Attorney's Office
TBC No.

ORDER AND NOTICE

The foregoing motion having been presented to me on February 25, 2025, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is hereby dismissed.

NOTICE:    Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice.

SIGNED AND ENTERED on February 25, 2025.

Judge Presiding
Harris County 488th District Court
Harris County, Texas

For Official Governmental Use Only - Do Not Disseminate to the Public: 119150842 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        119150842 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 25 February 25 P1:04
Marilyn Burgess - District Clerk
Harris County

**CAUSE NO. 186145001010**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 488TH DISTRICT COURT |
| VS. | § | OF |
| SIM, ERIC YOONJO | § | HARRIS COUNTY, TEXAS |

OFFENSE: SEXUAL ASSAULT

## MOTION TO DISMISS

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason: **Cannot prove beyond a reasonable doubt at this time. Subject to refile.**

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

_____

GORDON IV, JAMES CALDWELL
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24097749
GORDON_JAMES@DAO.HCTX.NET

## ORDER AND NOTICE

The foregoing motion having been presented to me on February 25, 2025, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is hereby dismissed.

| | |
|---|---|
| NOTICE: | Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice. |

SIGNED AND ENTERED on February 25, 2025.

_____

Judge Presiding
Harris County 488th District Court
Harris County, Texas

For Official Governmental Use Only - Do Not Disseminate to the Public: 119150794 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        119150794 Total Pages:  1

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 25 February 25 P1:04
Marilyn Burgess - District Clerk
Harris County

CAUSE NO. 186145101010

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 488TH DISTRICT COURT |
| VS. | § | OF |
| SIM, ERIC YOONJO | § | HARRIS COUNTY, TEXAS |

OFFENSE: SEXUAL ASSAULT

MOTION TO DISMISS

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason: **Request of complaining witness**

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

GORDON IV, JAMES CALDWELL
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24097749
GORDON_JAMES@DAO.HCTX.NET

ORDER AND NOTICE

The foregoing motion having been presented to me on February 25, 2025, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is hereby dismissed.

> NOTICE:     Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice.

SIGNED AND ENTERED on February 25, 2025.

Judge Presiding
Harris County 488th District Court
Harris County, Texas

For Official Governmental Use Only - Do Not Disseminate to the Public: 119150803 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        119150803 Total Pages:  1

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 25 February 25 P1:04
Marilyn Burgess - District Clerk
Harris County

CAUSE NO. 187019501010

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 488TH DISTRICT COURT |
| VS. | § | OF |
| SIM, ERIC YOONJO | § | HARRIS COUNTY, TEXAS |

OFFENSE: SEXUAL ASSAULT

## MOTION TO DISMISS

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason: **Cannot prove beyond a reasonable doubt at this time. Subject to refile.**

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

GORDON IV, JAMES CALDWELL
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24097749
GORDON_JAMES@DAO.HCTX.NET

## ORDER AND NOTICE

The foregoing motion having been presented to me on February 25, 2025, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is hereby dismissed.

| | |
|---|---|
| NOTICE: | Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice. |

SIGNED AND ENTERED on February 25, 2025.

Judge Presiding
Harris County 488th District Court
Harris County, Texas

For Official Governmental Use Only - Do Not Disseminate to the Public: 119150807 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 31, 2026

Certified Document Number:        119150807 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**