United States District Court
Southern District of Texas
**ENTERED**
September 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ERIC SIM,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION No. 4:26-cv-1563** |
| | § | |
| **CITY OF HOUSTON, ET AL.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**ORDER**

Pending before the Court is *pro se* Defendant Mia Morey's ("Morey") Motion for Leave to File Response Out of Time (ECF No. 76). The Court **GRANTS** Morey's Motion (*id.*).

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on September 2, 2026.

Richard W. Bennett
United States Magistrate Judge